**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **TUCKER BIRKHEAD,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　**v.**<br><br>**DOWNINGTOWN AREA SCHOOL DISTRICT,** *et al.,*<br><br>　　　　　　**Defendants.** | **CIVIL ACTION NO.  25-2035** |

## ORDER

**AND NOW,** this 10th day of March 2026, upon consideration of Defendant Rowe's Motion to Dismiss [Doc. No. 19], Defendants Downingtown Area School District, Robert O'Donnell, Louis Chance, and Caroline Duda's (collectively, the "School District Defendants") Motion to Dismiss [Doc. No. 14], and the responses thereto and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED** as follows:

1. Defendant Rowe's Motion to Dismiss is **GRANTED** for lack of jurisdiction. Count I of Plaintiff's Complaint is **DISMISSED with prejudice**.

2. The School District Defendants' Motion to Dismiss is **GRANTED** for failure to state a claim on which relief can be granted. Counts II, III, IV, and V of Plaintiff's complaint are **DISMISSED with prejudice**.

3. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　 **/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**